UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-2092 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Defendant, the Federal Communications Commission, respectfully requests that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for Defendant in the above-captioned case.

Respectfully submitted,

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250