UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2092 (JR) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO FILE ANSWER OR OTHER RESPONSE**

Defendant, the Federal Communications Commission, through its undersigned counsel, hereby respectfully requests an enlargement of time, to and including January 31, 2008, within which to file an answer or other response to the complaint filed herein.  Defendant's answer or other response is now due December 20, 2007.

This is Defendant's first request for an enlargement of time for this purpose.  Plaintiff does not oppose this motion.

There is good cause for this motion.  This is an action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  According to the complaint, Defendant withheld 1400 pages of responsive records which had been requested from Defendant by Plaintiff pursuant to the FOIA.   Therefore, additional time will be required by Defendant's counsel to obtain information regarding these records and to review any withheld records in order to properly respond to Plaintiff's complaint.  Accordingly, Defendant is requesting an extension of time to and including January 31, 2008, to file its answer or other response to Plaintiff's complaint.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

                                               Respectfully submitted,

                                               /s/
                                             JEFFREY A. TAYLOR, D.C. BAR # 498610
                                             United States Attorney

                                             /s/
                                             RUDOLPH CONTRERAS, D.C. BAR # 434122
                                             Assistant United States Attorney

                                             /s/
                                             JUDITH A. KIDWELL
                                             Assistant United States Attorney
                                             555 Fourth Street, N.W.- Civil Division
                                             Room E4905
                                             Washington, D.C. 20530
                                             (202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 07-2092 (JR) ) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of Time to file an answer or other response to Plaintiff's complaint, it is this _____ day of _____, 2007,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including **January 31, 2008**, to file an answer or other response to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE