UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 07-2092 (JR) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) ) ) ) |
| Defendant. | ) ) |

## ANSWER TO COMPLAINT

Defendant, Federal Communications Commission, by and through its undersigned counsel, answers plaintiff's Complaint as follows:

Without waiving any defenses and/or objections, and in response to the numbered paragraphs in plaintiff's Complaint, defendant responds as follows:

1. This paragraph contains plaintiff's characterization of its Complaint and/or conclusions of law to which no response is required. To the extent that a response is deemed required, defendant denies the allegations contained in this paragraph.

2. This paragraph contains conclusions of law to which no response is required.

3. Defendant lacks information sufficient to form a belief regarding the allegations contained in this paragraph.

4. Defendant admits the allegations contained in the first sentence of this paragraph. With respect to the second sentence, defendant admits that it has physical

1

possession of the records identified in its Media Bureau's January 4, 2007, FOIA decision and referenced in paragraph 8 of the complaint.

     5.     Defendant admits that plaintiff submitted a FOIA request to defendant by letter dated August 10, 2006; that request speaks for itself.

     6.     Defendant admits that plaintiff modified its FOIA request on or about August 23, 2006; that modification speaks for itself.

     7.     Defendant admits that its Media Bureau issued a FOIA decision on January 4, 2007 and provided plaintiff with the records referenced therein.

     8.     Defendant admits that its Media Bureau issued a FOIA decision on January 4, 2007; that decision speaks for itself.

     9.     Defendant admits that plaintiff submitted an administrative appeal of defendant's FOIA decision to defendant on February 5, 2007.

     10.     Defendant admits that it has not issued a decision with respect to plaintiff's administrative appeal.

     11.     Defendant lacks information sufficient to form a belief with respect to the allegations contained in this paragraph because plaintiff fails to identify with any reasonable specificity the "FCC staff" that it allegedly contacted, the dates of any such contact, or the "additional documents" that plaintiff was allegedly told "would be forthcoming."  Defendant provided plaintiff with additional records in late February 2007.

     12.     Defendant admits that it has not issued a decision with respect to plaintiff's administrative appeal.  Paragraph 12 is denied to the extent that it implies that

defendant has not provided plaintiff with any additional records since January 4, 2007. Defendant provided plaintiff with additional records in late February 2007.

13. Defendant denies the allegations contained in this paragraph.

The remaining paragraphs, commencing with "WHEREFORE," are plaintiff's prayer for relief, to which no response is required. To the extent a response is deemed necessary, defendant denies that plaintiff is entitled to any relief. Defendant specifically denies each and every allegation of the Complaint to the extent that it is not specifically and expressly admitted herein, and further denies that plaintiff is entitled to the relief requested or to any relief whatsoever.

WHEREFORE, defendant requests that the Complaint be dismissed with prejudice and that the Court grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250
Judith.A.Kidwell @usdoj.gov