UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
INSTITUTE FOR PUBLIC               )
REPRESENTATION,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )   Civil Action No. 07-2092 (JR)
                                   )
FEDERAL COMMUNICATIONS             )
COMMISSION,                        )
                                   )
          Defendant.               )
_____)

## DEFENDANT'S MOTION FOR AN ENLARGEMENT
## OF TIME TO FILE DISPOSITIVE MOTION

Defendant, the Federal Communications Commission, through its undersigned counsel, hereby respectfully requests an enlargement of time, to and including April 30, 2008, within which to file its dispositive motion herein. Defendant's dispositive motion is now due March 28, 2008.[1]

This is Defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel indicated that Plaintiff would consent to a two-week extension of time.

There is good cause for this motion. This is an action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. According to the complaint, Defendant withheld 1400 pages of responsive records which had been requested by Plaintiff pursuant to the FOIA. The records withheld by Defendant include third-party records and records that may be covered

---

[1] On February 19, 2008, Plaintiff filed a motion for a Vaughn Index. Prior to Defendant's filing a response, the Court issued an Order on February 28, 2008, directing Defendant to file a dispositive motion, or in the alternative, a document production schedule within 30 days of the date of the Order.

by copyright. Defendant has notified the third parties of Plaintiff's request and anticipates that one or more of these third parties may have objections to the release of these records. Moreover, the individual who will be acting as the declarant for Defendant's dispositive motion was out of the office for one week during this period of time. Agency counsel was also out of the office for a different week during this period of time. Thus, additional time is required by Defendant to obtain the third parties' positions on these records and prepare a declaration. Thereafter, additional time will be needed by undersigned counsel to prepare a dispositive motion on behalf of Defendant. Accordingly, Defendant is requesting an extension of time to and including April 30, 2008, to file its dispositive motion in this case.

    For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INSTITUTE FOR PUBLIC REPRESENTATION,

    Plaintiff,

v.  Civil Action No. 07-2092 (JR)

FEDERAL COMMUNICATIONS COMMISSION,

    Defendant.

## ORDER

UPON CONSIDERATION OF Defendant's Motion for An Enlargement of Time to file Defendant's dispositive motion, it is this _____ day of March 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including **April 30, 2008**, to file Defendant's dispositive motion.

_____
UNITED STATES DISTRICT JUDGE