UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2092 (JR) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A SECOND
ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Defendant, the Federal Communications Commission, through its undersigned counsel, hereby respectfully requests a second enlargement of time, until and including May 5, 2008, within which to file its dispositive motion herein. Defendant's dispositive motion is now due April 30, 2008.

This is Defendant's second request for an enlargement of time for this purpose. Plaintiff does not oppose this motion.

There is good cause for this motion. As Defendant previously advised the Court, some of the records withheld by Defendant include third-party records and records that may be covered by copyright. Defendant notified the third parties of Plaintiff's request and Defendant has just recently been advised of the positions of some of these third parties with respect to some of the withheld records. Thus, additional time is required by Defendant to modify its draft dispositive motion to reflect these third parties' positions on these records. Additionally, undersigned counsel has been out of the office due to a medical condition and has not had adequate time to

review and discuss Defendant's *Vaughn* Index with agency counsel. Accordingly, Defendant is requesting an extension of time to and including May 5, 2008, to file its dispositive motion in this case.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

                                        Respectfully submitted,

                                        /s/
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                        /s/
                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney

                                        /s/
                                        JUDITH A. KIDWELL
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.- Civil Division
                                        Room E4905
                                        Washington, D.C. 20530
                                        (202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 07-2092 (JR) ) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for an Enlargement of Time to file Defendant's dispositive motion, it is this _____ day of April 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including **May 5, 2008**, to file Defendant's dispositive motion.

_____
UNITED STATES DISTRICT JUDGE