UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 07-2092 (JR) ) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S UNOPPOSED MOTION FOR A THIRD
ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Defendant, the Federal Communications Commission, through its undersigned counsel, hereby respectfully requests a third enlargement of time, until and including May 9, 2008, within which to file its dispositive motion herein. Defendant's dispositive motion is now due May 5, 2008.

This is Defendant's third request for an enlargement of time for this purpose. Plaintiff does not oppose this motion.

There is good cause for this motion. Defendant has determined that additional records will be released to Plaintiff and needs additional time to modify Defendant's dispositive motion to reflect this change. Additionally, the agency has used a representative sampling of records which undersigned counsel needs to research and prepare a motion for the Court before filing Defendant's dispositive motion with the Court. Accordingly, Defendant is requesting an extension of time to and including May 9, 2008, to file its dispositive motion in this case.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                /s/
                JUDITH A. KIDWELL
                Assistant United States Attorney
                555 Fourth Street, N.W.- Civil Division
                Room E4905
                Washington, D.C. 20530
                (202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, ) ) ) ) Plaintiff, ) ) v. ) ) FEDERAL COMMUNICATIONS ) COMMISSION, ) ) Defendant. ) | Civil Action No. 07-2092 (JR) |

**ORDER**

UPON CONSIDERATION OF Defendant's Unopposed Motion for an Enlargement of Time to file Defendant's dispositive motion,  it is this _____ day of May 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including **May 9, 2008**, to file Defendant's dispositive motion.

_____
UNITED STATES DISTRICT JUDGE