UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civ. Action No. 07-2092 (JR) ) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Institute for Public Representation hereby moves for an enlargement of time, to and including June 30, 2008, to respond to defendant's pending motion for summary judgment. Plaintiff's response is currently due on May 22, 2008. Counsel for defendant Federal Communications Commission has authorized the undersigned to represent that defendant consents to this motion.

This is plaintiff's first request for an enlargement of time. Moreover, there is good cause for this motion. Defendant's summary judgment submission raises a number of complex legal and factual questions, which plaintiff will have to address in its response. And due to rescheduling of the filing of defendant's motion, the current due date conflicts with other obligations facing plaintiff's counsel. Therefore, plaintiff requests that the Court extend its time to respond to defendant's motion for summary judgment to and including June 30, 2008.

-2-

## CONCLUSION

For the reasons stated above, plaintiff respectfully requests that this motion for an enlargement of time be granted.

Respectfully submitted,

   /s/
David C. Vladeck (D.C. Bar No. 945063)
Kathryn A. Sabbeth (D.C. Bar No. 979101)
Georgetown University Law Center
Institute for Public Representation
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 662-9540
email: vladeckd@law.georgetown.edu

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civ. Action No. 07-2092 (JR) ) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) ) ) |
| Defendant. | ) |

**ORDER**

Upon consideration of plaintiff's motion for an enlargement of time to respond to defendant's motion for summary judgment, and entire record herein, it is this ____ day of _____, 2008, hereby

ORDERED that plaintiff's motion is granted; and it is further

ORDERED that plaintiff shall have to and including June 30, 2008 to file a response to defendant's motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE