UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION, <br><br> Defendant, <br><br> - and - <br><br> BIA Financial Network, Inc. <br> 15120 Enterprise Court <br> Chantilly, VA  20151 <br><br> Applicant for <br> Intervention as Defendant. | Civil Action No. 07-2092 (JR) |

## BIA FINANCIAL NETWORK INC.
## ANSWER TO COMPLAINT

Intervenor Defendant BIA Financial Network, Inc. ("BIA*fn*"), by and through its undersigned counsel, answers plaintiff's Complaint as follows:

Without waiving any defenses and/or objections, and in response to the numbered paragraphs in plaintiff's Complaint, defendant BIA*fn* responds as follows:

1.  This paragraph contains plaintiff's characterization of its Complaint and/or conclusions of law to which no response is required. To the extent that a response is deemed required, defendant BIA*fn* denies the allegations contained in this paragraph.

2.  This paragraph contains conclusions of law to which no response is required.

3. Defendant BIA*fn* lacks information sufficient to form a belief regarding the allegations contained in this paragraph.

4. Defendant BIA*fn* admits the allegations contained in the first sentence of this paragraph. With respect to the second sentence, defendant BIA*fn* admits that defendant FCC has physical possession of the records identified in defendant FCC's Media Bureau's January 4, 2007, FOIA decision and referenced in paragraph 8 of the Complaint; BIA*fn* denies that defendant FCC has legal control over data owned by BIA*fn* which was copyrighted and was accessed and/or used by the FCC pursuant to a license agreement.

5. Defendant BIA*fn* admits that plaintiff submitted a FOIA request to defendant FCC by letter dated August 10, 2006; that request speaks for itself.

6. Defendant BIA*fn* admits that plaintiff modified its FOIA request on or about August 23, 2006; that modification speaks for itself.

7. Defendant BIA*fn* admits that defendant FCC's Media Bureau issued a FOIA decision on January 4, 2007 and provided plaintiff with the records referenced therein.

8. Defendant BIA*fn* admits that defendant FCC's Media Bureau issued a FOIA decision on January 4, 2007; that decision speaks for itself.

9. Defendant BIA*fn* admits that plaintiff submitted an administrative appeal of defendant FCC's FOIA decision to defendant FCC on February 5, 2007.

10. Defendant BIA*fn* admits that defendant FCC has not issued a decision with respect to plaintiff's administrative appeal.

11. Defendant BIA*fn* lacks information sufficient to form a belief with respect to the allegations contained in this paragraph.

12.   Defendant BIA*fn* admits that defendant FCC has not issued a decision with respect to plaintiff's administrative appeal. Paragraph 12 is denied to the extent that it implies that defendant FCC has not provided plaintiff with any additional records since January 4, 2007. Defendant FCC provided plaintiff with additional records in late February 2007.

13.   Defendant BIA*fn* denies the allegations contained in this paragraph.

The remaining paragraphs, commencing with "WHEREFORE," are plaintiff's prayer for relief, to which no response is required. To the extent a response is deemed necessary, defendant BIA*fn* denies that plaintiff is entitled to any relief with respect to data owned by BIA*fn* which was copyrighted and was accessed and/or used by the FCC pursuant to a license agreement. Defendant BIA*fn* specifically denies each and every allegation of the Complaint to the extent that it is not specifically and expressly admitted herein, and further denies that plaintiff is entitled to the relief requested or to any relief whatsoever with respect to data owned by BIA*fn* which was copyrighted and was accessed and/or used by the FCC pursuant to a license agreement.

WHEREFORE, defendant BIA*fn* requests that the Complaint be dismissed with prejudice with respect to data owned by BIA*fn* which was copyrighted and was accessed and/or used by the FCC pursuant to a license agreement, and that the Court grant such other and further relief as the Court may deem just and proper.

May 30, 2008                                    Respectfully submitted,


                                                /s/ John H. Korns
                                                John H. Korns          (DC Bar #142745)
                                                BUCHANAN INGERSOLL & ROONEY PC
                                                Suite 300
                                                1700 K Street, NW
                                                Washington, DC  20006-3807

Direct:    (202) 452-7939
General:   (202) 452-7900
Fax:       (202) 452-7989
E-Mail:    john.korns@bipc.com

*Counsel for BIA Financial Network, Inc*

#331527-v1

#331527-v1