UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION, <br><br> Defendant, <br><br> - and - <br><br> BIA Financial Network, Inc. <br> 15120 Enterprise Court <br> Chantilly, VA 20151 <br><br> Applicant for <br> Intervention as Defendant. | Civil Action No. 07-2092 (JR) |

CERTIFICATE REQUIRED BY LCvR 7.1 OF THE
LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA FOR BIA FINANCIAL NETWORK, INC.

I, the undersigned, counsel of record for BIA Financial Network, Inc. ("BIA*fn*") certify

that to the best of my knowledge and belief, the following are parent companies, subsidiaries or

affiliates of BIA*fn*, Inc., which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this Court may determine the need

for recusal

May 30, 2008

Respectfully submitted.

/s/ John H. Korns
John H. Korns                    (DC Bar #142745)
BUCHANAN INGERSOLL & ROONEY PC
Suite 300
1700 K Street, NW
Washington, DC 20006-3807
Direct:    (202) 452-7939
General:   (202) 452-7900
Fax:       (202) 452-7989
E-Mail:    john.korns@bipc.com

*Attorney of Record for BIA Financial Network, Inc.*

#331563-v1