UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. Action No. 07-2092 (JR) ) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) ) ) ) |
| Defendant, | ) ) |
| BIA FINANCIAL NETWORK, INC., | ) ) |
| Defendant-Intervenor. | ) |

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Institute for Public Representation hereby moves the Court for a three week enlargement of time, to and including July 11, 2008, to respond to pending motions for summary judgment filed by defendant Federal Communications Commission (FCC) and defendant-intervenor BIA Financial Network, Inc. (BIA). Plaintiff's response to the FCC's motion is currently due on June 20, 2008; plaintiff's response to BIA's motion is currently due on June 26, 2008. Both the FCC and BIA's counsel have authorized the undersigned to represent that defendants consent to this motion.

There is good cause for this motion. Defendants' summary judgment submission raises a number of complex legal and factual questions, which plaintiff will have to address in its response. There are also a substantial number of records at issue in this case, and plaintiff is making an effort to sort through the *Vaughn* indexes in this case to narrow the scope of the litigation. Granting plaintiff the requested extension will also

-2-

permit plaintiff to file a single, integrated response to the separate summary judgment motions filed by each defendant, thereby obviating piecemeal litigation. And the three week extension plaintiff requests will take the due date beyond the Fourth of July weekend. Therefore, plaintiff requests that the Court extend its time to respond to defendant's motion for summary judgment to and including July 11, 2008.

## CONCLUSION

For the reasons stated above, plaintiff respectfully requests that this motion for an enlargement of time be granted.

Respectfully submitted,

   /s/
David C. Vladeck (D.C. Bar No. 945063)
Kathryn A. Sabbeth (D.C. Bar No. 979101)
Georgetown University Law Center
Institute for Public Representation
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 662-9540
email: vladeckd@law.georgetown.edu

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. Action No. 07-2092 (JR) ) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) ) ) |
| Defendant, and | ) ) |
| BIA FINANCIAL NETWORK, INC., | ) ) |
| Defendant-Intervenor. | ) |

**ORDER**

Upon consideration of plaintiff's consent motion for an enlargement of time to respond to defendants' motions for summary judgment, and entire record herein, it is this \_\_\_\_ day of _____, 2008, hereby

ORDERED that plaintiff's motion is granted; and it is further

ORDERED that plaintiff shall have to and including July 11, 2008 to file a response to defendants' motions for summary judgment.

_____
UNITED STATES DISTRICT JUDGE