UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR PUBLIC REPRESENTATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. Action No. 07-2092 (JR) ) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) ) ) |
| Defendant, | ) ) |
| BIA FINANCIAL NETWORK, INC., | ) ) |
| Defendant-Intervenor. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL**

The parties, through their undersigned counsel, hereby agreed and stipulate that, pursuant to Rule 41(a)(1)(A)(ii), this action shall be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| /s/ | /s/ |
| Jeffrey A. Taylor (D.C. Bar No. 498610) | David C. Vladeck (D.C. Bar No. 945063) |
| United States Attorney | Georgetown University Law Center |
| Rudolph Contreras (DC. Bar No. 434122) | Institute for Public Representation |
| Assistant U.S. Attorney | 600 New Jersey Avenue, NW |
| Judith A. Kidwell | Washington, DC 20001 |
| Assistant U.S. Attorney | (202) 662-9540 |
| 555 Fourth Street, NW – Civil Division | |
| Room E4905 | Attorney for Plaintiff |
| Washington, DC 20530 | |
| (202) 514-7250 | |
| Attorney for Defendant | |
| Federal Communication Commission | |

_____/s/_____
John H. Korns  (D.C. Bar 142745)
Buchanan Ingersoll & Rooney PC
Suite 300
1700 K Street, NW
Washington, DC 20006-3807
(202) 452-7900
Attorney for Defendant-Intervenor
BIA Financial Network, Inc.

Dated:  July __, 2008